UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-20218-CR-SINGHAL/MCALILEY**

Case No. _____

FILED BY \_\_\_\_\_ JS \_\_\_ D.C.

APR 08 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**IN RE SEALED
INDICTMENT**

_____/

## MOTION TO SEAL

**COMES NOW**, the United States of America, by and through its undersigned attorney, and respectfully requests that the Indictment, Arrest Warrants, this Motion to Seal, and any resulting Order be **SEALED** until the arrest of the first defendant or further order of this court, excepting the United States Attorney's Office and Law Enforcement Personnel, which may obtain copies of the Indictment, Arrest Warrants, this Motion to Seal, and any resulting Order, or other sealed documents for purposes of arrest, extradition, or any other necessary cause, for the reason that the integrity of the ongoing investigation might be compromised should knowledge of this Indictment become public.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: *Sean T. McLaughlin*
SEAN T. McLAUGHLIN
Assistant United States Attorney
Court ID No. A5501121
11200 NW 20th Street, Suite 101
Miami, Florida 33172
Tel: (305) 715-7642
(305) 715-7639 (fax)
Email: Sean.McLaughlin@usdoj.gov