```
CORRECTED

Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 1
Receipt Number: FLS100228669
Cashier ID: asanche2
Transaction Date: 04/29/2021
Payer Name: U. S. TREASURY
-----------------------------------------
TREASURY REGISTRY
 For: ALBERTO FRANCISCO PUGA LAMAS
 Case/Party: D-DFL-1-21-CR-020218-008
 Amount:         $5,000.00
-----------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 4039-2356742
 Amt Tendered:   $5,000.00
-----------------------------------------
Total Due:      $5,000.00
Total Tendered: $5,000.00
Change Amt:     $0.00

REMITTER:

U.S. TREASURY
DISTRICT OF COLORADO


Returned check fee $53



Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```