UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>21-20218-CR-SINGHAL</u>

**UNITED STATES OF AMERICA**

vs.

**ALBERTO FRANCISCO PUGA LAMAS,**

    **Defendant.**

_____/

## FACTUAL PROFFER

If this matter were to proceed to trial, the Government would prove the following facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all facts known to the Government and the defendant, Alberto Francisco Puga Lamas (hereinafter "the Defendant"), are sufficient to prove the guilt of the Defendant as to Count 1 of the Indictment.

Beginning at least as early as June 2020, and continuing through on or about April 8, 2021, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the Defendant did knowingly and willfully combine, conspire, confederate, and agree with his charged co-defendants and others, to distribute methamphetamine, specifically as to the Defendant 500 grams or more of methamphetamine, all in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(viii).

During October 2020, through March 2021, law enforcement obtained Title III court-authorization to intercept cellular telephone numbers for co-defendants Pedro Marrero Simon ("Marrero") and Jose Terazon Martinez ("Terazon"), among others. Title III interceptions over these phones revealed the Defendant's methamphetamine trafficking activities with co-defendants Marrero, Alcides Rivera Rodriguez ("Rivera'), Freddy Sanchez Soria ("Soria"), and Douglas Gazmuri Perez ("Gazmuri"), among others. Beginning on or about February 4, 2021 and

continuing through on or about February 22, 2021, the Defendant and co-defendants Marrero and Soria were intercepted organizing and executing a transaction for approximately one (1) kilogram (two (2) pounds) of methamphetamine. Law enforcement surveillance revealed the Defendant and co-defendant Marrero travelling to meet with the Defendant's source of supply - later revealed to be co-defendant Gazmuri - in order to pick up the methamphetamine. Thereafter, co-defendant Marrero, after dropping off the Defendant, delivered the methamphetamine to co-defendant Soria for Soria to distribute.

On or about February 22, 2021, co-defendants Marrero and Soria were intercepted discussing that Soria would pick up narcotics proceeds and retrieve the remaining ½ kilogram of methamphetamine and provide both to Marrero. Thereafter, law enforcement observed co-defendants Marrero and Soria meeting and Soria providing the ½ kilogram of methamphetamine to Marrero. Law enforcement subsequently conducted a vehicle stop on co-defendant Marrero and seized the ½ kilogram of methamphetamine. Thereafter, co-defendant Marrero was intercepted speaking with the Defendant and co-defendants Soria, Gazmuri, and Terazon regarding the vehicle stop. These and earlier intercepts revealed that the Defendant and co-defendant Gazmuri were investors in this methamphetamine transaction and wanted their money back.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 5/3/22      By: _____
                      SEAN T. McLAUGHLIN
                      ASSISTANT UNITED STATES ATTORNEY

Date: 5/3/22      By: _____
                      DAVID ANTONIO DONET, JR.
                      ATTORNEY FOR DEFENDANT

Date: 5/3/22      By: _____
                      ALBERTO FRANCISCO PUGA LAMAS
                      DEFENDANT