UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cr-20218-AHS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALBERTO FRANCISCO PUGA LAMAS,

    Defendant.

_____

## DEFENDANT ALBERTO FRANCISCO PUGA LAMAS' UNOPPOSED MOTION TO CONTINUE THE SENTENCING HEARING

The Defendant, ALBERTO FRANCISCO PUGA LAMAS, by and through his undersigned counsel, files his Unopposed Motion to Continue the Sentencing Hearing and in support thereof, states as follows:

1. Mr. Puga Lamas hereby seeks a continuance of the Sentencing Hearing in this case, presently set for August 30, 2022, at 12:00 P.M. (See DE 381), for the reasons that follow.

2. On May 3, 2022, Mr. Puga Lamas pled guilty to Count 1 of the Indictment [DE 3] in this case.

3. On June 10, 2022, Mr. Puga Lamas self-surrendered to Colorado state authorities and was released on bond for a warrant in Colorado for an offense that

Page **1** of **4**

occurred in April 2021 (See PSR [DE 428, ¶ 12]).

4. The undersigned has communicated with Mr. Puga Lamas' defense counsel in Colorado, who has indicated that the pending case there should be resolved within the next sixty days.

5. The undersigned considers that resolving the Colorado state case prior to the Sentencing Hearing in this case would facilitate Mr. Puga Lamas' sentencing in this matter.

6. Continuing the Sentencing Hearing in this case as requested herein will not create an undue burden on the Government, or hinder the administration of justice.

7. A factor to be considered in determining whether to grant a continuance is whether the failure to grant such a continuance would either be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice. 18 U.S.C. 3161(h)(7)(B)(i) and (ii).

8. Consequently, Mr. Puga Lamas respectfully requests that this Honorable Court continue the Sentencing Hearing in this case for a period of at least sixty days.

9. The undersigned communicated with Assistant United States Attorney Sean T. McLaughlin, who indicated that the Government does not oppose the relief

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone 305-444-0030 • Fax 305-444-0039 •
www.dmt-law.com

sought by Mr. Puga Lamas in this motion, <u>provided that the Sentencing Hearing be reset concurrently with the presently set Sentencing Hearing as to codefendant Jose Terazon Martinez</u> (which date is unknown to the undersigned, as it does not appear on the docket).

10. Undersigned counsel certifies that said request for a continuance of the Sentencing Hearing is sought in good faith, not for the purposes of delay, but so that justice may be done.

**WHEREFORE**, the Defendant, ALBERTO FRANCISCO PUGA LAMAS, respectfully requests that this Honorable Court enter its Order continuing the Sentencing Hearing in this case for the foregoing reasons.

**DATED:** August 26, 2022.

        Respectfully submitted,

        **Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
     David A. Donet, Jr., Esq.
     Florida Bar No.: 128910
     Attorney for Alberto Francisco Puga Lamas

[Certificate of Service on next page]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 26, 2022, the undersigned electronically filed the foregoing Defendant Alberto Francisco Puga Lamas' Unopposed Motion to Continue the Sentencing Hearing with the Clerk of the Court using CM/ECF.

**Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
David A. Donet, Jr., Esq.
Florida Bar No.: 128910
Attorney for Alberto Francisco Puga Lamas
3250 Mary Street, Suite 406
Coconut Grove, Florida 33131
Telephone: (305) 444-0030
Fax: (305) 444-0039
Email: donet@dmtlaw.com
Email: paralegals@dmt-law.com

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone 305-444-0030 • Fax 305-444-0039 •
www.dmt-law.com