UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cr-20218-AHS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALBERTO FRANCISCO PUGA LAMAS,

    Defendant.

_____

**ORDER GRANTING
DEFENDANT ALBERTO FRANCISCO PUGA LAMAS'
UNOPPOSED MOTION TO CONTINUE THE SENTENCING HEARING**

**THIS CAUSE** came before the Court on Defendant's Unopposed Motion [DE   ] to Continue the Sentencing Hearing; and the Court having reviewed said Motion, and being otherwise fully advised in the premises, it is upon consideration,

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

The Sentencing Hearing in this case is continued until _____.

**DONE AND ORDERED** in Chambers at the United States District Courthouse at Fort Lauderdale, Florida, on this _____ day of _____, 2022.

                                              **HON. RAAG SINGHAL**
                                              United States District Judge

Copies to Counsel of Record.